```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

          -against-

  ANTHONY BARI,

                          Defendant.
------------------------------------------------------------- X

17-CR-681 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

WHEREAS on December 19, 2023, Anthony Bari filed a motion for compassionate release (the "Motion"), *see* Mot., Dkt. 51;

IT IS HEREBY ORDERED that the Government must respond to the Motion and file Mr. Bari's prison medical records starting from the time when he was diagnosed with cancer[1], disciplinary records, education records, and employment records by no later than **Friday, January 5, 2024**. The medical records must be filed under seal; the other records must be filed on ECF. Mr. Bari's reply is due no later than **Friday, January 12, 2024**.

**SO ORDERED.**

Date:  December 19, 2023
       New York, New York

                                      _____
                                      **VALERIE CAPRONI**
                                      **United States District Judge**

---

[1] Mr. Bari filed all medical records in his possession under seal. *See* Def. Ex. A. The Government should confirm that these records are comprehensive starting from the time when Mr. Bari was diagnosed with cancer.